**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANDRÉS FELIPE C. C.,                                   Case No. 26-cv-3220 (LMP/SGE)

        Petitioner,

v.                                                                                **ORDER**

TODD BLANCHE, *Acting Attorney
General*; MARKWAYNE MULLIN,
*Secretary, U.S. Department of Homeland
Security*; DAVID J. VENTURELLA,
*Acting Director of Immigration and
Customs Enforcement*; and DAVID
EASTERWOOD, *Acting Director, St.
Paul Field Office Immigration and
Customs Enforcement*,

        Respondents.

---

**IT IS HEREBY ORDERED** that:

1.    Respondents are directed to file an answer to Petitioner Andrés Felipe C. C.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) on or before **Thursday, July 16, 2026**, certifying the true cause and proper duration of Andrés Felipe C. C.'s confinement and showing cause why the writ should not issue in this case;

2.    Respondents' answer must include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Andrés Felipe C. C.'s detention in light of the issues raised in his Petition;

b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Andrés Felipe C. C.'s claims; and

c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.    If Andrés Felipe C. C. intends to file a reply to Respondents' answer, he must do so on or before **Thursday, July 23, 2026**;

4.    No further submissions from the parties will be permitted except as authorized by Court order; and

5.    Respondents are **ORDERED** not to move Andrés Felipe C. C. outside of the District of Minnesota during the pendency of these proceedings, so that Andrés Felipe C. C. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: July 9, 2026  
Time: 1:18 p.m.

*s/Laura M. Provinzino*  
Laura M. Provinzino  
United States District Judge

2